UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDY K. ZUTTAH,

        Plaintiff,
v.                             Case No. 8:13-cv-1698-T-33TBM

DEPUTY RYAN WEIDLER, in his
individual capacity,

        Defendant.
_____/

**ORDER**

This matter comes before the Court pursuant to Defendant's Motion to Dismiss (Doc. # 8), which was filed on September 9, 2013. In the Motion to Dismiss, Defendant seeks dismissal with prejudice of this false arrest action arguing that (1) the Complaint fails to state a claim upon which relief can be granted; (2) Defendant is entitled to qualified immunity; and (3) Plaintiff destroyed all of the evidence warranting a finding of spoliation.

Plaintiff, who is proceeding pro se, failed to file a response in opposition to the Motion to Dismiss within the time parameters of Local Rule 3.01(b), which states, "Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall

include in a document not more than twenty (20) pages." Local Rule 3.01(b), M.D. Fla.

The record reflects that Plaintiff was originally represented by counsel, Michael Maddux, Esq.  However, Mr. Maddux moved to withdraw, and on September 5, 2013, the Court entered an Order granting the motion to withdraw. (Doc. # 7). In that order, the Court specified: "Within twenty (20) days, Plaintiff shall advise the Court as to the name and address of substitute counsel or if he wishes to proceed pro se.  During the interim and in the absence of a notice of appearance by new counsel, Plaintiff shall be responsible for the continued prosecution of his case." Id. at 2. On September 27, 2013, Plaintiff filed a Notice indicating that he intends to proceed pro se. (Doc. # 10).

Although the Motion to Dismiss was filed after counsel withdrew from the case, the certificate of service on the Motion to Dismiss states: "I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to the following: Michael P. Maddux, Esquire, Attorney for Plaintiff... and that a true and correct copy of the foregoing has been furnished by electronic mail to Andy K. Zuttah." (Doc. # 8 at 11).

Although the deadline for Plaintiff to respond to the Motion to Dismiss has expired, and the Motion to Dismiss is now technically an unopposed motion, the Court will provide Plaintiff with additional time to respond due to his pro se status and the recent withdrawal of his counsel.  In the instance that Plaintiff opposes the Motion to Dismiss, Plaintiff may file a response in opposition to the Motion to Dismiss by October 28, 2013.  Absent a timely and adequate response by Plaintiff, this Court may be inclined to grant the Motion to Dismiss as an unopposed motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

In the instance that Plaintiff opposes Defendant's Motion to Dismiss (Doc. # 8), Plaintiff is directed to file a response in opposition to the Motion to Dismiss on or before October 28, 2013.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 15th day of October, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel and Parties of Record